781 A.2d 48

IN THE MATTER OF IRA KARASICK, AN ATTORNEY AT LAW.

October 4, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–166, concluding that **IRA KARASICK** of **MONTCLAIR,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(b) (failure to communicate the basis or rate of fee) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **IRA KARASICK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.